UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| | ) CASE NO.: 25-58988-PMB |
| YETEESE YEVETE MASHELL NEWELL, | ) |
| | ) CHAPTER 13 |
| DEBTOR. | ) |
| | ) JUDGE PAUL BAISIER |
| -------------------------------------------------- | ) |
| | ) |
| MELISSA J. DAVEY, | ) |
| STANDING CHAPTER 13 TRUSTEE, | ) |
|    Movant, | ) |
| | ) |
| v. | ) CONTESTED MATTER |
| | ) |
| YETEESE YEVETE MASHELL NEWELL, | ) |
|    Respondent. | ) |
| -------------------------------------------------- | ) |

## CHAPTER 13 TRUSTEE'S
## OBJECTION TO CONFIRMATION & MOTION TO DISMISS

Melissa J. Davey, Chapter 13 Trustee, objects to confirmation of the plan and moves to dismiss this case pursuant to 11 U.S.C. Section 1307(c) for the following reasons:

1.  The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. Section 1322(d).

2.  In accordance with General Order Nos. 18-2015, 22-2017, and/or 42-2020 and the Statement of Rights and Responsibilities, the Debtor's attorney should timely provide proof of non-filing spouse's $2,496.00 per month gross income to the Chapter 13 Trustee. 11 U.S.C. Sections 521(a)(1), 1325(a)(3), 1325(a)(6), 1325(b)(1)(B) and Bankruptcy Rule 1007.

3.  The Debtor has failed to provide the Trustee with a copy of the federal income tax return for the most recent tax year ending immediately before the commencement of the instant case in violation of 11 U.S.C. Section 521(e)(2)(A)(i). As the Debtor has failed to submit the last filed tax return to the Trustee prior to the meeting

of creditors, the Trustee requires a sworn statement by the Debtor, in addition to the tax return, that the tax return provided is a true copy of the most recent tax return filed.

4.      Pursuant to information received from the Internal Revenue Service, 2021, 2022 and 2024 tax returns have not been provided to the taxing authorities, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

5.      Pursuant to information received from the Georgia Department of Revenue, 2021 through 2023 tax returns have not been provided to the taxing authorities, preventing the Chapter 13 Trustee from evaluating the feasibility of the Chapter 13 Plan in violation of 11 U.S.C. Sections 1322(d) and 1325(a)(6).

6.      The Chapter 13 Plan appears to be infeasible because the budget in the Schedules fails to include an expense for 401(k) average monthly contribution in the amount of $174.87. 11 U.S.C. Section 1325(a)(6).

7.      The Chapter 13 Trustee requests documentation to establish that Debtor's federal employment tax withholdings are sufficient to pay Debtor's anticipated income tax liability in order to ensure that the Plan complies with 11 U.S.C. Section 1325(a)(6).

8.      The Chapter 13 Plan fails to provide treatment of the filed secured claim of Georgia Department of Revenue in violation of 11 U.S.C. Sections 1322(a)(2) or 1325(a)(5).

9.      The Plan proposes to avoid the judgment lien of Prestige Financial Services, but this appears to be secured by Debtor's residence.

Wherefore, the Trustee moves this Honorable Court to consider the above objections at the confirmation hearing, deny confirmation of the Chapter 13 plan, dismiss the case pursuant to 11 U.S.C. Section 1307(c), and for such other and further relief that this Court deems just and proper.

Dated: October 20, 2025

/s/Mandy K. Campbell
Mandy K. Campbell
Attorney for the Chapter 13 Trustee
GA Bar No. 142676
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:   (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 25-58988-PMB |
| | ) | |
| YETEESE YEVETE MASHELL NEWELL, | ) ) | CHAPTER 13 |
| | ) | JUDGE PAUL BAISIER |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Confirmation & Motion to Dismiss using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
LAW OFFICES OF STANLEY J. KAKOL. JR., LLC

I further certify that on this day I caused a copy of this document to be served via first class mail, with adequate postage prepaid on the following parties set forth below at the address shown for each.

DEBTOR:
YETEESE YEVETE MASHELL NEWELL
6336 LAUREL POST DR.
LITHONIA, GA  30058

Dated: October 20, 2025

/s/Mandy K. Campbell
Mandy K. Campbell
Attorney for the Chapter 13 Trustee
GA Bar No. 142676
233 Peachtree Street, NE, Suite 2250
Atlanta, GA 30303
Telephone:   (678) 510-1444
Facsimile:(678) 510-1450
mail@13trusteeatlanta.com